UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| KALI KROONTJE, | ) | CIV. 13-4066-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| CKE RESTAURANTS, INC., | ) | |
| DORO, INC., | ) | |
| HARDEE'S FOOD SYSTEMS, L.L.C., | ) | |
| HARDEE'S RESTAURANTS, L.L.C., | ) | |
| and | ) | |
| NORTHLAND RESTAURANT | ) | |
| GROUP, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Joint Motion for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that the joint motion for dismissal (Docket 50) is granted, and this action is dismissed upon its merits, with prejudice, with each of the parties to bear their own costs and attorney's fees.

Dated August 20, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE